UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

FRANK J. FERTITTA III and EYKYN
MACLEAN, LP,,

                            Plaintiffs,

                -v-

KNOEDLER GALLERY, LLC d/b/a
KNOEDLER & COMPANY, *et al.*,

                          Defendants.
------------------------------------------------------------ X

14-CV-2259 (JPO)

OPINION AND ORDER

J. PAUL OETKEN, District Judge:

      The Court is in receipt of Magistrate Judge Henry Pitman's Report and Recommendation of May 21, 2015 ("Report"), which recommends that the Court deny Defendant Jaime Andrade's application for attorney's fees in connection with his motion to dismiss the amended complaint. (Dkt. No. 86.)  The period for the parties to object to the Report has expired, and no objections have been filed.  *See* Fed. R. Civ. P. 72(b)(2).  Because there are no objections, the Court reviews the Report "strictly for clear error."  *Coach, Inc. v. O'Brien*, No. 10 Civ. 6071 (JPO)(JLC), 2012 WL 1255276, at *1 (S.D.N.Y. Apr. 13, 2012) (citing *McDonaugh v. Astrue*, 672 F. Supp. 2d 542, 547 (S.D.N.Y. 2009)).  Having reviewed the Report, the Court is satisfied that there is no clear error.  Accordingly, Magistrate Judge Pitman's Report is ADOPTED, and Andrade's application for attorney's fees is DENIED.

Dated: June 19, 2015
       New York, New York

                                                    _____
                                                      J. PAUL OETKEN
                                                  United States District Judge