ATTACHMENT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANK J. FERTITTA III and EYKYN MACLEAN, LP,

          Plaintiffs,

- against -

KNOEDLER GALLERY, LLC d/b/a KNOEDLER & COMPANY; 8-31 HOLDINGS, INC.; MICHAEL HAMMER; ANN FREEDMAN; JAIME ANDRADE; GLAFIRA ROSALES; JOSE CARLOS BERGANTIÑOS DIAZ; JESUS ANGEL BERGANTIÑOS DIAZ; OLIVER WICK; URS KRAFT; and John Does # 1 to 10,

          Defendants.

14-cv-02259 (JPO) (HBP)

**ORDER AND JOINT STIPULATION OF PARTIAL DISMISSAL**

---

WHEREAS Plaintiffs Frank J. Fertitta III and Eykyn Maclean, LP, commenced the above-captioned action on April 1, 2014;

WHEREAS Plaintiffs and Defendant Urs Kraft ("Kraft") have agreed to settle the above-captioned action on the terms reflected in a Settlement Agreement, dated September __, 2018.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Kraft that all claims against Kraft are voluntarily dismissed with prejudice and without costs or fees to any party.

Dated: September 13, 2018

MORRISON COHEN LLP

*/s/ Brett Dockwell*

Brett D. Dockwell

909 Third Avenue
New York, New York 10022
Telephone: (212) 735-8791
bdockwell@morrisoncohen.com

*Attorneys for Defendant Urs Kraft*

NORTON ROSE FULBRIGHT US LLP

*/s/ Jeffrey J. D. Lewis*

Jeffrey J. D. Lewis

1301 Avenue of the Americas
New York, New York 10019-6022
(212) 318 3363 | Fax (212) 318 3400
jeffrey.lewis@nortonrosefulbright.com

*Attorneys for Plaintiffs Frank J. Fertitta III and Eykyn Maclean, LP*

IT IS SO ORDERED:

_____

The Honorable J. Paul Oetken